11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Texas Water Development Board,  * From the 126th District
Court of Travis County,
Trial Court No. D-GN-11-000121.

Vs. No. 11-12-00030-CV  * May 23, 2013

Ward Timber, Ltd.; Ward Timber  * Opinion by McCall, J.
Holdings; Shirley Shumake;  (Panel consists of: Wright, C.J.,
Gary Cheatwood; Richard  McCall, J., and Willson, J.)
Letourneau; and Pat Donelson,

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against the Texas Water Development Board.